ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2017

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy          Date: 12/7/17
        by Order of Judge Alvin K. Hellerstein

RE: United States v. Ali Kourani, 17 Cr. 417 (AKH)

You are hereby notified that you are required to appear for a pretrial conference.

    Date:   12/8/17
    Time:   11:30 a.m.
    Place:  U.S. Courthouse - Southern District of New York
            500 Pearl Street
            Courtroom 14D
            New York, New York 10007

    It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

NOTE:

12/7/17        x  /s/ Alvin K. Hellerstein