UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................... X

UNITED STATES OF AMERICA,

    -against-

ALI KOURANI,
        Defendant.

...................................................................... X

17 Cr. 417 (AKH)

ECF Case

NOTICE OF MOTION TO SUPPRESS STATEMENTS MADE TO INVESTIGATORS

### NOTICE OF MOTION TO SUPPRESS STATEMENTS MADE TO INVESTIGATORS

PLEASE TAKE NOTICE that, upon the accompanying declaration of Ali Kourani dated January 7, 2018, the declaration of Mark Denbeaux, dated December 20, 2017, the exhibits annexed thereto, and the supporting memorandum of law, Defendant Ali Kourani, by his attorney, shall move before the Honorable Alvin K. Hellerstein of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Defendant's Motion to Suppress statements made by Defendant to investigators.

- Opposition papers, if any, are to be served on or before January 29, 2018.

- Defendant's reply papers, if any, are to be served on or before February 12, 2018.

- Oral argument, if necessary, is to be held on or after February 28, 2018 at 4:00 p.m. before the Honorable Alvin K. Hellerstein of the United States District Court for the Southern District of New York.

Dated: January 8, 2018
       New York, New York

                        ALEXEI SCHACHT ATTORNEY AT LAW

By:   /s/ Alexei Schacht

       Alexei Schacht
       alexei@schachtlaw.net
       123 West 94th Street
       New York, New York 10025
       Tel: (646) 729-8180

*Attorney for Defendant Ali Kourani*