FD-302 (Rev. 5-8-10)

- 1 of 1 -

 OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  03/27/2017

    On March 22, 2017, Special Agenst (SAs) Keri Shannon and Joseph Costello contacted MARK DENBEAUX, via telephone (201)214-6785, per his request, in advance of a scheduled a meeting on March 23, 2017 with DENBEAUX and his client ALI KOURANI.

    DENBEAUX advised he had an opportunity to sit down with his client and had a greater understanding of what he was involved with and why he wanted to speak with the FBI. DENBEAUX asked whether KOURANI was a target. SAs advised they were not permitted to discuss the nature and details of ongoing investigations however, KOURANI had previously met with FBI SAs on a number of occasions and KOURANI was fully aware of the nature of FBI's interest in him. DENBEAUX indicated he understood and stated his client may not even care whether he is a target. DENBEAUX relayed his client's concerns about other people knowing that he was meeting with FBI, to which SAs indicated their meeting with KOURANI would remain confidential.

    SAs confirmed the meeting time of 12:00p.m. on March 23, 2017 at Seton Hall Law School.

Investigation on  03/22  at  New York, New York, United States (Phone)

File #  

Date drafted  03/27/2017

by  SHANNON KERI A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.