

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2018

<u>Via ECF & Facsimile</u>
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Fax: 212-805-7942

   Re: <u>**United States v. Ali Kourani**,</u>
     <u>**17 Cr. 417 (AKH)**</u>

Dear Judge Hellerstein:

  The Government respectfully requests, with the consent of defense counsel, that the Court enter the enclosed proposed Protective Order Pertaining to Classified Information pursuant to Section 3 of the Classified Information Procedures Act.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

     By: _____
       Emil J. Bove III
       Amanda L. Houle
       Assistant United States Attorneys
       (212) 637-2444 / 2194

Enclosure

Cc: Defense Counsel
   (Via ECF)