Q13667447

```
           CRIMINAL COURT OF THE CITY OF NEW YORK
             PART APAR, COUNTY OF QUEENS
```

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>V.<br><br>ALI KOURANI (29Y)<br>DEFENDANT | STATE OF NEW YORK<br>COUNTY OF QUEENS |

DETECTIVE JOHN LUNT OF INT CRIMINAL INTELLIGENCE SECTION, ▉ :
▉ , BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT NOVEMBER 8 2013 AT ABOUT 4:00PM, AT THE NE INTERSECTION OF WHITESTONE EXPRESSWAY AND ULMER STREET, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 165.72 [EF] TRADEMARK COUNTERFEITING IN THE SECOND DEGREE - (DNA
      SAMPLE REQUIRED UPON CONVICTION)
VTL 1172-A [V] FAILED TO STOP FOR STOP SIGN
VTL 375-30 [V] EQUIPMENT OF MOTOR VEHICLES AND MOTORCYCLES;
      OBSTRUCTING DRIVER'S VIEW

---

PL 165.72 [EF] TRADEMARK COUNTERFEITING IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)
    --- WITH THE INTENT TO DECEIVE OR DEFRAUD SOME OTHER PERSON OR
    WITH THE INTENT TO EVADE A LAWFUL RESTRICTION ON THE SALE,
    RESALE, OFFERING FOR SALE, OR DISTRIBUTION OF GOODS, HE OR SHE
    MANUFACTURES, DISTRIBUTES, SELLS, OR OFFERS FOR SALE GOODS WHICH
    BEAR A COUNTERFEIT TRADEMARK, OR POSSESSES A TRADEMARK KNOWING IT
    TO BE COUNTERFEIT FOR THE PURPOSE OF AFFIXING IT TO ANY GOODS,
    AND THE RETAIL VALUE OF ALL SUCH GOODS BEARING COUNTERFEIT
    TRADEMARKS EXCEEDS ONE THOUSAND DOLLARS;

VTL 1172-A [V] FAILED TO STOP FOR STOP SIGN;

VTL 375-30 [V] EQUIPMENT OF MOTOR VEHICLES AND MOTORCYCLES; OBSTRUCTING DRIVER'S VIEW
    --- KNOWINGLY AND UNLAWFULLY OPERATE A MOTOR VEHICLE WITH AN
    OBJECT PLACED, HUNG IN OR UPON THE VEHICLE OBSTRUCTING OR
    INTERFERING WITH THE OPERATOR'S VIEW THROUGH THE WINDSHIELD, OR
    PREVENTING HIM/HER FROM HAVING A CLEAR AND FULL VIEW OF THE ROAD
    AND CONDITION OF TRAFFIC BEHIND SUCH VEHICLE, AND SUCH EQUIPMENT
    WAS NOT A REQUIRED OR PERMITTED PART OF THE VEHICLE.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

KOURANI,ALI   Q13667447

DEPONENT STATES THAT AT THE ABOVE MENTIONED DATE, TIME, AND PLACE OF OCCURRENCE HE OBSERVED THE DEFENDANT, ALI KOURANI, FAIL TO STOP AT A STOP SIGN, WHILE OPERATING A 2005 DODGE GRAND CARAVAN, WITH THE BACK WINDOWS OBSTRUCTED BY LARGE BOXES.

DEPONENT FURTHER STATES THAT UPON STOPPING SAID VEHICLE, THE DEFENDANT STATED IN SUM AND SUBSTANCE "I HAVE COUNTERFEIT BOOTS IN THE BACK OF THE CAR. I MAKE ABOUT TWO DOLLARS PER PAIR. I BUY THEM FOR 20 DOLLARS." DEPONENT FURTHER STATES THAT HE RECOVERED ONE HUNDRED NINETY (190) PAIRS OF COUNTERFEIT UGG BOOTS FROM BOXES IN THE REAR OF THE VAN.

DEPONENT FURTHER STATES THAT HIS CONCLUSION THAT SAID BOOTS ARE COUNTERFEIT IS BASED UPON HIS EXPERIENCE AS A POLICE OFFICER AND UPON HIS TRAINING IN THE IDENTIFICATION OF COUNTERFEIT OBJECTS.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

11-9-13
DATE          SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

DATE          SIGNATURE