- I swear on my son & daughter I won't say but truth
- I told you, I just want to clear my mind, I don't want you to feel any guilt if you were not able to help me
- ~~that thing~~ ~~could be~~
- mission, businessman get their info, build connection.
- Outpost on 27, perimeter, one on lee not pretty sure & it was on going)
- DMV → got hired / hire someone (plates, Driver licenses)
- Everything else of google with online search was true.
- Those trips was strictly business — Never met them outside
- the guy in that picture is not the same.
- Training did include hand MP- gun, glock, one day parachute
- @ J — it was 5 days
- One on one training "asked questions, evaluate your interaction,
- Summer 2015, I did go

To resolve the store issue, called me & terminate my contract, Intero after that, Bea said mad shit about me, didn't want me to come back let-
- just so over, I called Darie, asked me to reach my guy, demanded
- Names E, H.S, N.t, B.K, M.S, ask about me & house
- leave your options open.
- I only used the gun @ that time.
- ~~not use force~~
- A.S is not in the unit
- Do you have questions, need anything?
- on I love have
- I see no way to harming my kids or take revenge!
- A.O — fit the profile — 2 kids, nothing
- A.S did come back to me asking about you — he hear it was $.
- I told him security measures.
- NV boy.
- You need help very unclear
- ~~scribble~~ I invite you to building center
- ~~scribble~~ indoor center
- J-S → relation

1)
- no flight list "all the family"
- kicked out of Airport Job
- Restraining order. ( Mom - Bro
- Extradite him - F.B messages | Holy smoke. shop. franklin @ grill  alt NYE 17
- " Money + house ASAP " — If will be stressful
- Kids come back in June
- Go to ~~Harlem~~ Harlem - Unlimited - Defamation of character
- Bilal 78 854 295
- Kids I don't feel to see them / Threats
- list of people you visited
× What you doing for safety?

× R. T case?

× What channels you see?

2)
- Dad - bro - ASAP
- Population 74 - Haitian
- 3 years - Conversion that has been made
- Do you listen take me as the ?
- I need a security - Sign a contract
- would I read -