UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

ALI KOURANI,

                    Defendant.

------------------------------------------------------------ x

**ORDER**

17 Cr. 417 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On January 8, 2018, defendant filed a series of motions to dismiss the indictment, suppress evidence, and obtain a Bill of Particulars from the Government. The motions to suppress evidence and dismiss the indictment center on a factual dispute—namely, whether the FBI agents offered defendant immunity or indicated that his statements during these interviews could not be used against him at a future trial.

    The Court will hold an evidentiary hearing to resolve these motions on March 26, 2018 at 11:00 a.m. The next status conference, currently scheduled for February 28, 2018, is cancelled. Time is hereby excluded in the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) to allow adequate time for the parties to effectively prepare witnesses and evidence for the hearing.

    SO ORDERED.

Dated:    February 14, 2018
              New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2018