UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

   - v. -

ALI KOURANI,

   Defendant.

-------------------------------------------------------------X

Case No. 17 Cr. 413 (AKH)

**DECLARATION OF MARK DENBEAUX**

STATE OF NEW YORK    )
COUNTY OF NEW YORK    : ss.:
SOUTHERN DISTRICT OF NEW YORK    )

Mark Denbeaux, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an attorney admitted to practice in in the Southern District of New York, among other courts.

2. I make this declaration to inform the Court that I made no notes in connection with the interviews I attended with Ali Kourani and the FBI, nor did I make any notes, other than the one page summary that was already provided to the Government in Mr. Kourani's suppression motion, concerning my conversations with the FBI about Mr. Kourani.

Dated:    March 19, 2018

_____
Mark Denbeaux