

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2018

Via ECF & Facsimile
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Fax: 212-805-7942

    Re:    <u>United States v. Ali Kourani</u>, 17 Cr. 417 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter to inform the Court that the Second Circuit recently reversed the opinion in *United States* v. *Haak*, 215 F. Supp. 3d 218 (W.D.N.Y. 2016), on which the defendant relies in connection with his pending motion to suppress. *See United States* v. *Haak*, --- F.3d ----, No. 16-3876-cr, 2018 WL 1177238 (2d Cir. Mar. 7, 2018). Enclosed please find a copy of the Circuit's decision in *Haak*. The Government identified this decision today while preparing for the March 26, 2018 hearing in this matter, and apologizes for the timing of this submission.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

                By:         /s/
                          Amanda L. Houle
                          Emil J. Bove III
                          Assistant United States Attorneys
                          (212) 637-2194 / 2444

Enclosure

Cc:    Alexei Marc Schacht
        (Via ECF)