**ALEXEI SCHACHT**
**Attorney at Law**
**123 West 94th Street**
**New York, New York 10025**
**Tel: (646) 729-8180**
**Fax: (212) 504-8341**
**alexei@schachtlaw.net**

April 27, 2018

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States of America v. Ali Kourani
         17 CR 417 (AKH)

Dear Judge Hellerstein:

  I represent the defendant in this case. Today I received a notice by ECF that your Honor adjourned the May 1, 2018 court appearance until May 4, 2018. I write to ask that the court date be moved because I have non-refundable plane tickets for a work-related trip to Colombia on May 3, 2018, and I will return late in the day on May 4, 2018. Possible good dates for me to have this appearance are May 7, May 8, May 11 or May 14, 2018.

  Many thanks for considering this request.

                Respectfully submitted,

                /s/ Alexei Schacht

                Alexei Schacht