**ALEXEI SCHACHT**
Attorney at Law
123 West 94th Street
New York, New York 10025
Tel: (646) 729-8180
Fax: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

June 2, 2018

*Via ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: United States v. Ali Kourani, 17 Cr. 417 (AKH)

Dear Judge Hellerstein:

  I write to inform your Honor and the Government that pursuant to the Classified Information Procedures Act ("the Act") I have inspected the classified evidence provided to date and I do not intend to file any motions under section 5 of the Act. Should additional evidence be provided and should the defense seek to file motions about that evidence I will alert the Court and Government immediately in writing.

              Yours truly,

              */s/ Alexei Schacht*

              Alexei Schacht

cc: United States Attorney's Office,
   Southern District of New York (*by ecf*)