FD-302 (Rev. 5-8-10)



OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  05/22/2017

On May 17, 2017, Special Agent (SA) Joseph Costello contacted Mark DENBEAUX at telephone number (201) 214-6785. The call was in response to a voicemail left by DENBEAUX on SA Costello's cellular telephone earlier that day.

DENBEAUX advised his client, Ali KOURANI, was increasingly unhappy and wanted to move to Lebanon as soon as possible. DENBEAUX stated KOURANI told him the only chance he had in being reunited with his children was to return to Lebanon. DENBEAUX further stated to SA Costello that he advised KOURANI to remain in the U.S. but that KOURANI was not receptive to this. SA Costello and DENBEAUX discussed KOURANI's potential return to Lebanon and the potential for reprisal from Hizballah related to the August 2016 altercation KOURANI had with his wife's family.

---

Investigation on  05/17/2017  at  New York, New York, United States (Phone)

File #  ▮▮▮▮▮▮▮▮                                  Date drafted  05/18/2017

by  COSTELLO JOSEPH THOMAS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.