FD-302 (Rev. 5-8-10)


OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    05/30/2017

On May 26, 2017, Special Agent (SA) Joseph Costello contacted Mark DENBEAUX at telephone number (201) 214-6785. The call was in response to a voicemail left by DENBEAUX on SA Costello's cellular telephone earlier that day.

DENBEAUX advised his client, Ali KOURANI, was increasingly anxious to hear if the U.S. Government would be providing him any benefits for the information he provided the FBI. DENBEAUX stated to SA Costello that he understood no promises were made to KOURANI by the FBI but that he was hopeful the U.S. Government could help KOURANI. DENBEAUX stated he believes KOURANI may relocate to the Mid-West and stated he "found out" KOURANI was "no flyed" for the information he provided the FBI. SA Costello stated he could not comment on the status of KOURANI's current investigation.

Investigation on  05/26/2017   at  New York, New York, United States (Phone)

File #                                                                Date drafted  05/30/2017

by  COSTELLO JOSEPH THOMAS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.