# FEDERAL BUREAU OF INVESTIGATION

Date of entry  06/13/2017

    Ali KOURANI, date of birth (DOB) June 23, 1984, was interviewed at FBI New York, 26 Federal Plaza, New York, NY. Also present in the interview were Assistant United States Attorneys (AUSA) Emil Bove and Amanda Houle, of the U.S. Attorney's Office, Southern District of New York (SDNY), as well as Federal Defender Peggy Cross-Goldenberg. Cross-Goldenberg had been retained to represent KOURANI. After being advised of the identity of the interviewing agents and the nature of the interview, KOURANI provided the following information:

    KOURANI does not know of any current or historic weapon or explosive caches stored by Hizballah's External Security Organization (ESO). KOURANI was not aware of any current terrorist plots targeting the U.S. or its allies. Finally, KOURANI stated he had not talked to "those guys" in ESO since 2013. KOURANI then stated he had spoken with his ESO handler, Fadi, and another individual in 2015, but that they never spoke about ammonium nitrate, "samad," or any other explosive precursor.

---

Investigation on  06/01/2017  at  New York, New York, United States (In Person)

File #  415H-NY-2929662                                   Date drafted  06/05/2017

by  COSTELLO JOSEPH THOMAS, SHANNON KERI A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.