ALEXEI SCHACHT

*Attorney At Law*

123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

April 29, 2019

*Via ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Ali Kourani, 17 Cr. 417 (AKH)

Dear Judge Hellerstein:

Attached please find a signed and notarized waiver form as required by your Honor's recent Order.

Very truly yours,

/s/ *Alexei Schacht*

Alexei Schacht

cc:    A.U.S.A. Amanda Houle (via ecf)
        A.U.S.A. Emil Bove (via ecf)

Enclosure