**ALEXEI SCHACHT**

*Attorney At Law*

123 West 94th Street
New York, New York 10025
Phone:  (646) 729-8180
Fax:  (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

May 1, 2019

*Via ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Ali Kourani, 17 Cr. 417 (AKH)

Dear Judge Hellerstein:

    Following today's conference I have decided to file no further motions *in limine* and so tomorrow's tentatively scheduled hearing should be cancelled, as we discussed. We will next appear for trial this Monday, May 6, 2019 at 10:00 a.m.

    Thank you.

                           Very truly yours,

                            /s/ *Alexei Schacht*

                            Alexei Schacht

cc:    A.U.S.A. Amanda Houle (via ecf)
        A.U.S.A. Emil Bove (via ecf)