ALEXEI SCHACHT

*Attorney At Law*

123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

May 30, 2019

*Via ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: United States v. Ali Kourani, 17 Cr. 417 (AKH)

Dear Judge Hellerstein:

  I write in accordance with the Court's suggestion, following the trial, to submit these post-trial motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure.

  The bases for these motions are that: 1) the evidence at trial was insufficient to sustain a conviction and 2) that a new trial ought to be granted in the interest of justice because of erroneous jury instructions concerning the pre-arrest statements made by the defendant.

  As discussed in Court, within the next week I will supplement these motions with a more fulsome filing. Thank you, your Honor.

            Very truly yours,

            */s/ Alexei Schacht*

            Alexei Schacht

cc: A.U.S.A. Amanda Houle (via ecf)
   A.U.S.A. Emil Bove (via ecf)