Honorable Judge Hellerstien, 19CR417

I'm writing this letter to request a change of legal counsel as I'm not able to communicate with my current attorney Mr. Alexei Schacht and unable to afford to appoint any new lawyer.

I requested that Mr. Schacht file numerous motions relating to dismiss charges due to duplicity or lack of evidence and he refused. I also have multiple disagreements with him on the factual outline of the sentence memorandum. These motions and the sentence memorandum issues have a strong impact on reducing any sentence that your Honor could impose. Such issues cause me to request that your Honor appoint me a new counsel, preferably someone with experience in cases involving cases similar to the ones I'm accused of such as Mr. David Stern or Mr. Steve Zissou.

Thank you for your consideration.

Sincerely

Ali Kourani

11/12/19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19

RECEIVED
NOV 18 2019
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Motion denied. Sentencing has been ordered to take place Dec. 3, 2019; this is an adjourned date. No further adjournments will be allowed. Def't has made post-trial motions (see Order 7/25/19, ECF 122). Thereafter, in response to my order (ECF 126, 9/19/19), the gov't moved to dismiss Count Five, and gave extensive support for which the factual statements in the PSR relate to the def't objected. I shall rule on these issues at sentencing. Atty Schacht has been ably advocating for def't, and there is no reason to discharge him. — 11/19/19 /s/ AKH

12/3

Ali Kourani (79196-054)
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

USMP3
JAN
SDNY

NEW YORK NY 100
13 NOV 2019 PM 7 L

Judge Alvin K. Hellerstein
500 Pearl St.
New York, NY 10007

10007-131699

Judge wrote:

"Motion denied.

Sentencing has been ordered to take place Dec. 3, 2019. This is an adjourned date. No further adjournments will be allowed.

Defendant has made post-trial motions and these have been denied (see Order 7/25/19, ECF 122). Thereafter, in response to my order (ECF 126, 9/19/19), the government moved to dismiss Count Five, and gave citation support for the factual statements in the PSIR to which defendant objected. I shall rule on these issues at sentencing.

Atty. Schacht has been ably advocating for defendant, and there is no reason to discharge him.

11-19-19
Alvin K. Hellerstein"