

**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007

September 13, 2019

**RECOMMENDATION LETTER FOR INMATE ALI KOURANI (79196-054) UNIT 11S**

This is to certify that I, Z. Yousif, Supervisory Chaplain at the MCC New York, NY, have known the above inmate since my arrival here at the end of July 2018. Since that time to date, though relatively a short time, I believe I am still qualified to write a short recommendation on inmate Ali Kourani's behalf.

Currently, inmate Ali Kourani is one of the regular participants in the activities of the Muslim inmate community in this facility. I have found inmate Kourani to be very patient, consistent, respectful, and serious with his work in the kitchen.

Inmate Kourani can be observed when he has nothing to say, to be very reserved and perceptive. He has carried out my instructions to the letter. Kourani has shown readiness to learn despite knowing a lot about Islamic affairs and rituals. His spirituality is not only growing but very commendable.

Based on my observations of inmate Kourani, I believe he is committed to leading a productive Muslim life and I am certain he will be a positive contributing member of society if permitted to do so.

Thank you.


Chaplain Z. Yousif
Supervisory Chaplain
MCC New York, New York



# UNITED STATES GOVERNMENT
## MEMORANDUM

Metropolitan Correctional Center, New York, New York

**DATE:** July 27, 2019

**FROM:** Adler Canales / Food Service Supervisor

**SUBJECT:** kourani, Ali #79196-054

To whom it may concern:

This is to confirm that Inmate Kourani, Ali # 79196-0545 has been assigned to the Food Service Department at the Metropolitan Correctional Center (MCC NY) since August 2018 to the present he has worked directly under my supervision. His monthly salary is $19.20 per month with an average of 7 hours per day. His schedule is from 6:00 A.M. to 1:00 P.M.

He is currently assignment as the preparation cook which includes chopping vegetables, breaking down, cutting or grinding meat, weighing and mixing ingredients, washing and preparing vegetables, storing food. He also had previous position as orderly in the Officer Dining Room, dishwashing room, pots & pan, and sanitation. He has been a hardworking and diligent person during the tenure with us. He is a very enthusiastic and respectful that gets along well with other inmates and staff. He always gives 100% to his work and available at all times when requested. This individual have a good record of conduct and no previous incidents prior to his assigned to my detail.

He is very flexible and professional at work and put all his efforts to make the job done in the given time. If you have any question please feel free to call me at (646)-836-6404. Thank you for your time.

| BP-A0324 | | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| JUN 10 | | FEDERAL BUREAU OF PRISONS |

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Kourani, Ali | 79196-054 | KS |
| Evaluation Period | Work Assignment | |
| 1/1/2019 - 1/30/2019 | FS AM | |

**Bonus Justification**

Inmate Kourani is an outstanding worker, He works in the Food Service as a Breakfast and Lunch/AM orderly. He keeps his area clean and neat at all times. He takes direction well. He is friendly, responsible, and responsive. Inmate Kourani works hard and is willing to work extra hours to get the job down or do extra in Food Service.

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
___ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
___ 3. Satisfactory. Works steadily but does not push self.
___ 4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___ 2. Fair. Usually relies on others to say what needs to be done.
___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___ 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
_✓_ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___ 2. Fair. Shows minimal interest but not very eager to learn.
___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___ 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___ 2. Needs closer supervision than most. Not very dependable.
___ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___ 4. Needs little supervision. Good record of dependability an promptness.
_✓_ 5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF                    Prescribed by P5251                    Replaces BP-S324, OCT 94

G. RESPONSE TO SUPERVISION AND INSTRUCTION
___ 1. Poor. Resentful and hostile. May argue with supervisor.
___ 2. Fair. Resists or ignores suggestions.
___ 3. Satisfactory. Generally does what is told without any fuss.
___ 4. Good. No hostility or resentment. Tries to improve.
_✓_ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
___ 1. Poor. Negativistic, hostile, annoying to others.
___ 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___ 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___ 4. Good. Friendly, congenial, helpful; others like to work with.
_✓_ 5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___ 1. Fire or lay off that individual?
___ 2. Transfer the person to a less demanding job at a lower pay scale?
___ 3. Continue to employ the person but without a raise or promotion this time?
___ 4. Raise the person's pay but keep the person at the same job?
_✓_ 5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Check one) ___ 1  ___ 2  ___ 3  _✓_ 4  ___ M.

2. Hours of Satisfactory work  **160**

3. Regular Pay  **$19.20**

4. Bonus Recommended:  _✓_ yes;  ___ no

5. Total Pay  **$28.80**

| Supervisor's Signature | Date 01/30/2019 |
|---|---|
| Inmate's Signature | Date 01/30/2019 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# WORK PERFORMANCE RATING – INMATE

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Kourani, Ali | 79196-054 | KS |

| Evaluation Period | Work Assignment |
|---|---|
| 12/1/2018 - 12/30/2018 | PM FS |

**Bonus Justification**

Inmate Kourani is an asset to the Food Service department. He works in the kitchen. He performs multiple functions for the department cleaning, preparing and serving food to inmates. He is congenial and friendly and always tries to prepare and serve professional quality meals. Inmate Kourani volunteers to work extra hours in the department contributing to the success of the operation.

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
___ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
✓ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
___ 3. Satisfactory. Works steadily but does not push self.
___ 4. Good. Willing Worker. Does a full day's work and wastes little time.
✓ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___ 2. Fair. Usually relies on others to say what needs to be done.
___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___ 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
✓ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___ 2. Fair. Shows minimal interest but not very eager to learn.
___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
✓ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___ 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
✓ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___ 2. Needs closer supervision than most. Not very dependable.
✓ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___ 4. Needs little supervision. Good record of dependability an promptness.
___ 5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF          Prescribed by P5251          Replaces BP-S324, OCT 94

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   ___ 1. Poor. Resentful and hostile. May argue with supervisor.
   ___ 2. Fair. Resists or ignores suggestions.
   ___ 3. Satisfactory. Generally does what is told without any fuss.
   ✓ 4. Good. No hostility or resentment. Tries to improve.
   ___ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   ___ 1. Poor. Negativistic, hostile, annoying to others.
   ___ 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   ___ 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   ✓ 4. Good. Friendly, congenial, helpful; others like to work with.
   ___ 5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   ___ 1. Fire or lay off that individual?
   ___ 2. Transfer the person to a less demanding job at a lower pay scale?
   ✓ 3. Continue to employ the person but without a raise or promotion this time?
   ___ 4. Raise the person's pay but keep the person at the same job?
   ___ 5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Check one)  ___ 1  ___ 2  ___ 3  ✓ 4  ___ M.
   2. Hours of Satisfactory work  160
   3. Regular Pay  $19.20
   4. Bonus Recommended: ✓ yes;  ___ no
   5. Total Pay  $28.80

   Supervisor's Signature [signature]          Date 12/30/2018
   Inmate's Signature                          Date 12/30/2018

   Inmate _____ was requested to sign this rating, but refused, citing the following reason:

   Staff Witness' Signature                    Date

# Metropolitan Correctional Center
### New York, New York

## Ali Kourani

has satisfactorily completed
THE 11 SESSION ANGER MANAGEMENT GROUP
and is hereby awarded this
*Certificate of Achievement in Anger Management*
On December 19th, 2018

_____
Elissa Miller, Psy.D.
Chief Psychologist

_____
Darlene Imeri, Psy.D.
Staff Psychologist

The Metropolitan Correctional Center New York Education Department

*hereby presents this*

# CERTIFICATE OF COMPLETION

to

**ALI KOURANI**

For participation in the

**TUTOR TRAINING WORKSHOP**

At MCC New York

Consisting of 8 hours of intensive program participation.

Presented this

18 day of December, 2017.

L. R. Johnson
Education Specialist
Literacy Coordinator / Test Administrator
MCC NY Education Department





**MCC NEW YORK**
**EDUCATION DEPARTMENT**

Presents this Certificate of Appreciation to:

**ALI KOURANI**

For your dedication and contributions to the MCC New York Education Department in 2018.

Given this 26 day of September, 2018

L. R. Johnson
Education Specialist
Literacy Coordinator
Chief GED Test Administrator
MCC New York

2018

Because of your hard work and tutelage, many pre-trial students whom would not have otherwise had an opportunity, now have an opportunity to study and pass the GED exam. In 2018, we had 24 GED Graduates!

Thank you for giving back and helping others attain their educational goals!

He who opens a school door, closes a prison. ~ Victor Hugo

# Metropolitan Correctional Center
### New York, New York

## Ali Kourani

has satisfactorily completed
INMATE COMPANION TRAINING
and is hereby awarded this

### Certificate of Achievement in Suicide Prevention

On November 1, 2017

_____
E.L. Tatum, Jr., Warden

_____
E. Miller, PsyD
Chief Psychologist

_____
J. Avena, PsyD
Staff Psychologist and Coordinator