

# Extraction Report
Cellebrite UFED Reports

## SMS Messages (180)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | SMSC | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Sent | To +12012146785 Danbauex Mark * | 5/26/2017 3:18:44 PM(UTC+0) | | | Sent | Last time TSA didnt let me board the plane. **Source Extraction:** Logical (2) | |
| 2 | Inbox | From +12012146785 Danbauex Mark * | 5/26/2017 3:17:56 PM(UTC+0) | | +14054720055 | Read | Will do. Forceful call sent at 9 am. Awaiting response. Why do you need help to go to Michigan **Source Extraction:** Logical (2) | |
| 3 | Sent | To +12012146785 Danbauex Mark * | 5/26/2017 3:09:38 PM(UTC+0) | | | Sent | Good morning, If Joe answered, please check with him if I could travel. I need to travel to.michigan this week urgently. **Source Extraction:** Logical (2) | |
| 4 | Inbox | From +12012146785 Danbauex Mark * | 5/25/2017 8:55:48 PM(UTC+0) | | +14054720055 | Read | Huh **Source Extraction:** Logical (2) | |
| 5 | Sent | To +12012146785 Danbauex Mark * | 5/25/2017 8:54:23 PM(UTC+0) | | | Sent | Yeah, no one is better than Comey. **Source Extraction:** Logical (2) | |
| 6 | Inbox | From +12012146785 Danbauex Mark * | 5/25/2017 8:52:05 PM(UTC+0) | | +14054720055 | Read | Telephone tag. All day **Source Extraction:** Logical (2) | |
| 7 | Sent | To +12012146785 Danbauex Mark * | 5/25/2017 8:51:13 PM(UTC+0) | | | Sent | Hi Mark, Did Joe give you any updates? **Source Extraction:** Logical (2) | |
| 8 | Sent | To +12012146785 Danbauex Mark * | 5/24/2017 12:04:08 AM(UTC+0) | | | Sent | Sure any time **Source Extraction:** Logical (2) | |
| 9 | Inbox | From +12012146785 Danbauex Mark * | 5/24/2017 12:03:45 AM(UTC+0) | | +14054720055 | Read | Can I call you later? **Source Extraction:** Logical (2) | |
| 10 | Sent | To +13476779655 | 5/22/2017 10:05:49 PM(UTC+0) | | | Sent | K I see you then, easy on those explanation marks !! **Source Extraction:** Logical (2) | |
| 11 | Sent | To +12012146785 Danbauex Mark * | 5/16/2017 9:28:31 PM(UTC+0) | | | Sent | Any good news? **Source Extraction:** Logical (2) | |
| 12 | Sent | To +12012146785 Danbauex Mark * | 5/16/2017 3:00:53 PM(UTC+0) | | | Sent | K **Source Extraction:** Logical (2) | |
| 13 | Inbox | From +12012146785 Danbauex Mark * | 5/15/2017 11:55:40 PM(UTC+0) | | +14054720055 | Read | I finish tomorrow. I will call tomorrow. **Source Extraction:** Logical (2) | |
| 14 | Sent | To +12012146785 Danbauex Mark * | 5/15/2017 10:32:59 PM(UTC+0) | | | Sent | Hi Mark, How are you? Any updates? **Source Extraction:** Logical (2) | |
| 15 | Inbox | From +19179729644 | 5/15/2017 4:56:36 PM(UTC+0) | | +14054720055 | Read | She took it off the market. Her family member may be taking it **Source Extraction:** Logical (2) | |
| 16 | Inbox | From +12012146785 Danbauex Mark * | 5/11/2017 3:05:06 AM(UTC+0) | | +14054720055 | Read | Will do thanks **Source Extraction:** Logical (2) | |
| 17 | Sent | To +12012146785 Danbauex Mark * | 5/10/2017 11:04:14 PM(UTC+0) | | | Sent | If you want me to assist in any of your projects please let me know. **Source Extraction:** Logical (2) | |
| 18 | Sent | To +12012146785 Danbauex Mark * | 5/10/2017 10:29:17 PM(UTC+0) | | | Sent | More about their miscooperation. I don't know if they doing all of this just to punish me. **Source Extraction:** Logical (2) | |
| 19 | Inbox | From +12012146785 Danbauex Mark * | 5/10/2017 10:26:29 PM(UTC+0) | | +14054720055 | Read | Media means we go public about your cooperation. ??? **Source Extraction:** Logical (2) | |
| 20 | Sent | To +12012146785 Danbauex Mark * | 5/10/2017 7:51:21 PM(UTC+0) | | | Sent | We not, im really considering that option, it carry alot of dangers and risk , but i feel that i run away from leb and left my family alone to face danger. They didnt help. We not going to stay still. Media is an open option. Any suggestions? **Source Extraction:** Logical (2) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | Inbox | From +12012146785 Danbauex Mark * | 5/10/2017 7:46:32 PM(UTC+0) | | +14054720055 | Read | I have not spoken to them. I thought after Comey we should wait a day or two<br><br>I will reach out tomorrow. But one question is are we bluffing? If we tell them and they don't respond properly or quickly what will we do?<br>**Source Extraction:** Logical (2) | |
| 22 | Sent | To +12012146785 Danbauex Mark * | 5/10/2017 7:43:48 PM(UTC+0) | | | Sent | Did you tell them about my intended trip to lebanon?<br>**Source Extraction:** Logical (2) | |
| 23 | Inbox | From +12012146785 Danbauex Mark * | 5/10/2017 7:37:54 PM(UTC+0) | | +14054720055 | Read | Thank you<br>I think the Fbi may need a chance to catch its breath<br>**Source Extraction:** Logical (2) | |
| 24 | Sent | To +12012146785 Danbauex Mark * | 5/10/2017 5:23:41 PM(UTC+0) | | | Sent | Check your email. All done.<br>**Source Extraction:** Logical (2) | |
| 25 | Inbox | From +12012146785 Danbauex Mark * | 5/10/2017 2:01:53 PM(UTC+0) | | +14054720055 | Read | No<br>**Source Extraction:** Logical (2) | |
| 26 | Sent | To +12012146785 Danbauex Mark * | 5/10/2017 2:01:16 PM(UTC+0) | | | Sent | Good morning, does the letter format really matter?<br>**Source Extraction:** Logical (2) | |
| 27 | Sent | To +12012146785 Danbauex Mark * | 5/9/2017 3:11:07 PM(UTC+0) | | | Sent | No thanks between freinds. The causes you sacrifice for are mine also.<br>**Source Extraction:** Logical (2) | |
| 28 | Inbox | From +12012146785 Danbauex Mark * | 5/9/2017 3:05:46 PM(UTC+0) | | +14054720055 | Read | Thank you so much<br>**Source Extraction:** Logical (2) | |
| 29 | Sent | To +12012146785 Danbauex Mark * | 5/9/2017 3:05:12 PM(UTC+0) | | | Sent | I will work on those docs.<br>**Source Extraction:** Logical (2) | |
| 30 | Sent | To +12012146785 Danbauex Mark * | 5/8/2017 2:27:12 AM(UTC+0) | | | Sent | Yeah sure. Anytime suits you. Text me first please.<br>**Source Extraction:** Logical (2) | |
| 31 | Inbox | From +12012146785 Danbauex Mark * | 5/8/2017 2:26:14 AM(UTC+0) | | +14054720055 | Read | Phone. Tuesday?<br>**Source Extraction:** Logical (2) | |
| 32 | Sent | To +12012146785 Danbauex Mark * | 5/8/2017 1:39:52 AM(UTC+0) | | | Sent | Do you want me to come over or over the phone?<br>**Source Extraction:** Logical (2) | |
| 33 | Inbox | From +12012146785 Danbauex Mark * | 5/8/2017 1:25:52 AM(UTC+0) | | +14054720055 | Read | When can we talk this week?<br>**Source Extraction:** Logical (2) | |
| 34 | Sent | To +17183507755 | 5/7/2017 6:03:27 PM(UTC+0) | | | Sent | I know the business ins & outs. In addition I'm a very good salesman ( more than 10 years in sales & MBA degree). I can double the sales and profit in any store or market I manage.<br>I'm looking to put down 5k. And the rest as installments over 3 months.<br>**Source Extraction:** Logical (2) | |
| 35 | Sent | To +12012146785 Danbauex Mark * | 5/4/2017 3:05:49 PM(UTC+0) | | | Sent | For the record I dont hold back any valuable info<br>**Source Extraction:** Logical (2) | |
| 36 | Sent | To +12012146785 Danbauex Mark * | 5/4/2017 3:04:41 PM(UTC+0) | | | Sent | What do you think?<br>**Source Extraction:** Logical (2) | |
| 37 | Inbox | From +12012146785 Danbauex Mark * | 5/4/2017 2:55:37 PM(UTC+0) | | +14054720055 | Read | Doing it now. This seems very different from our tc conference this morning<br>**Source Extraction:** Logical (2) | |
| 38 | Sent | To +12012146785 Danbauex Mark * | 5/4/2017 2:54:37 PM(UTC+0) | | | Sent | I sent you an email check it.<br>**Source Extraction:** Logical (2) | |
| 39 | Inbox | From +12012146785 Danbauex Mark * | 5/4/2017 2:49:08 PM(UTC+0) | | +14054720055 | Read | None so far. Thanks.<br>**Source Extraction:** Logical (2) | |
| 40 | Sent | To +12012146785 Danbauex Mark * | 5/4/2017 1:50:38 PM(UTC+0) | | | Sent | New email addreas, if you have any documents send it there.<br>**Source Extraction:** Logical (2) | |
| 41 | Sent | To +12012146785 Danbauex Mark * | 5/4/2017 1:49:52 PM(UTC+0) | | | Sent | Alikourani2017@gmail.com<br>**Source Extraction:** Logical (2) | |
| 42 | Inbox | From +12012146785 Danbauex Mark * | 5/4/2017 2:27:07 AM(UTC+0) | | +14054720055 | Read | The issue is how to go public without exposing you, your kids and your family<br>Everything else is easy<br>**Source Extraction:** Logical (2) | |
| 43 | Sent | To +12012146785 Danbauex Mark * | 5/3/2017 11:24:24 PM(UTC+0) | | | Sent | I will do my research on how to file a complaint and to who in such cases. I will get you a list of journalists that can be interested in our story. I'm a machos as you said, doesn't like to be screwed.<br>**Source Extraction:** Logical (2) | |
| 44 | Inbox | From +12012146785 Danbauex Mark * | 5/3/2017 11:14:24 PM(UTC+0) | | +14054720055 | Read | Understood<br>**Source Extraction:** Logical (2) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 45 | Sent | To +12012146785 Danbauex Mark * | 5/3/2017 11:12:04 PM(UTC+0) | | | Sent | They are the same people that hunted me down last Summer. If they ever sensed that I have said anything, they won't hesitate for a second to start threatening my family again. Not to mention they are of close ties with my X, so in-directly they got my kids. Joe can easily double check such info. Priority is safety, other promises can wait. **Source Extraction:** Logical (2) | |
| 46 | Inbox | From +12012146785 Danbauex Mark * | 5/3/2017 11:04:37 PM(UTC+0) | | +14054720055 | Read | I get it. It is obviously very dangerous there for anyone including your family. But how does this show that you or your family are specific targets **Source Extraction:** Logical (2) | |
| 47 | Sent | To +12012146785 Danbauex Mark * | 5/3/2017 10:55:28 PM(UTC+0) | | | Sent | The militias were hunting one of their own, thats how dangerous they are. They can easily confirm this info. **Source Extraction:** Logical (2) | |
| 48 | Inbox | From +12012146785 Danbauex Mark * | 5/3/2017 10:54:15 PM(UTC+0) | | +14054720055 | Read | Who was hunting whom? **Source Extraction:** Logical (2) | |
| 49 | Sent | To +12012146785 Danbauex Mark * | 5/3/2017 10:11:48 PM(UTC+0) | | | Sent | Not to mention the media. **Source Extraction:** Logical (2) | |
| 50 | Sent | To +12012146785 Danbauex Mark * | 5/3/2017 10:10:46 PM(UTC+0) | | | Sent | Safety of my family is so critical and can not wait any time. The people that were after me last summer, they were hunting (literally) one of their son in law last night in the village. Put pressure on them by calling your freinds in the bureau or we can file a complain with bureau or department of justice since they are putting people's life on risk. **Source Extraction:** Logical (2) | |
| 51 | Inbox | From +12012146785 Danbauex Mark * | 5/3/2017 4:07:22 PM(UTC+0) | | +14054720055 | Read | Now **Source Extraction:** Logical (2) | |
| 52 | Sent | To 2012146785 Danbauex Mark * | 5/3/2017 4:07:05 PM(UTC+0) | | | Sent | Hi Mark, what time can I call you? **Source Extraction:** Logical (2) | |
| 53 | Sent | To +12012146785 Danbauex Mark * | 5/1/2017 7:12:20 PM(UTC+0) | | | Sent | **Source Extraction:** Logical (2) | |
| 54 | Inbox | From +12012146785 Danbauex Mark * | 5/1/2017 7:07:17 PM(UTC+0) | | +14054720055 | Read | I agree. Bhudist chant time Ommmmm. Ommmmm **Source Extraction:** Logical (2) | |
| 55 | Sent | To +12012146785 Danbauex Mark * | 5/1/2017 7:05:55 PM(UTC+0) | | | Sent | Just take a deep breathe and calm yourself down. You are on medication and last thing you meed is more stress. I assure you they will regret it. **Source Extraction:** Logical (2) | |
| 56 | Inbox | From +12012146785 Danbauex Mark * | 5/1/2017 7:03:03 PM(UTC+0) | | +14054720055 | Read | I will and I am. **Source Extraction:** Logical (2) | |
| 57 | Sent | To +12012146785 Danbauex Mark * | 5/1/2017 7:02:32 PM(UTC+0) | | | Sent | Sure we should, don't stress out! **Source Extraction:** Logical (2) | |
| 58 | Inbox | From +12012146785 Danbauex Mark * | 5/1/2017 6:59:25 PM(UTC+0) | | +14054720055 | Read | I know and you were right. I am sorry and angry. We should meet and talk about second, third and fourth choices **Source Extraction:** Logical (2) | |
| 59 | Sent | To +12012146785 Danbauex Mark * | 5/1/2017 6:57:52 PM(UTC+0) | | | Sent | We really have to consider second choices. I told you those people can not be trusted. **Source Extraction:** Logical (2) | |
| 60 | Sent | To +12012146785 Danbauex Mark * | 5/1/2017 5:44:47 PM(UTC+0) | | | Sent | Sure at your convinience **Source Extraction:** Logical (2) | |
| 61 | Inbox | From +12012146785 Danbauex Mark * | 5/1/2017 5:44:16 PM(UTC+0) | | +14054720055 | Read | Can I call you later? **Source Extraction:** Logical (2) | |
| 62 | Inbox | From +12012146785 Danbauex Mark * | 4/27/2017 12:34:56 AM(UTC+0) | | +14054720055 | Read | Thanks. Your a good friend to be in a foxhole together **Source Extraction:** Logical (2) | |
| 63 | Sent | To +12012146785 Danbauex Mark * | 4/27/2017 12:33:43 AM(UTC+0) | | | Sent | I know it was a very long day, all your efforts are so appreciated. I'm so happy and grateful by the end of all this I have a great freind like you. I do believe you will get the most of them tomorrow as for things they had promised. Good night & god bless **Source Extraction:** Logical (2) | |
| 64 | Sent | To +12012146785 Danbauex Mark * | 4/26/2017 2:20:55 PM(UTC+0) | | | Sent | No worries **Source Extraction:** Logical (2) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 65 | Inbox | From +12012146785 Danbauex Mark * | 4/26/2017 2:20:24 PM(UTC+0) | | +14054720055 | Read | Tell security to call me please **Source Extraction:** Logical (2) | |
| 66 | Inbox | **From** +12012146785 Danbauex Mark * | 4/26/2017 2:18:24 PM(UTC+0) | | +14054720055 | Read | Yes. Ask security. My office is 407. Tell them **Source Extraction:** Logical (2) | |
| 67 | Sent | **To** +12012146785 Danbauex Mark * | 4/26/2017 2:08:10 PM(UTC+0) | | | Sent | I need a nap **Source Extraction:** Logical (2) | |
| 68 | Sent | **To** +12012146785 Danbauex Mark * | 4/26/2017 2:06:55 PM(UTC+0) | | | Sent | Can I have access to the conference room ? **Source Extraction:** Logical (2) | |
| 69 | Inbox | **From** +12012146785 Danbauex Mark * | 4/26/2017 2:02:31 PM(UTC+0) | | +14054720055 | Read | Now I am late be there before 11:00 **Source Extraction:** Logical (2) | |
| 70 | Sent | **To** +12012146785 Danbauex Mark * | 4/26/2017 1:11:14 PM(UTC+0) | | | Sent | Good morning I came a bit early, I'm already at the school. I know our meeting is at 10 am. So no need to rush. **Source Extraction:** Logical (2) | |
| 71 | Sent | **To** +12012146785 Danbauex Mark * | 4/26/2017 12:05:46 AM(UTC+0) | | | Sent | Sure. I'll see you then. **Source Extraction:** Logical (2) | |
| 72 | Inbox | **From** +12012146785 Danbauex Mark * | 4/25/2017 11:44:11 PM(UTC+0) | | +14054720055 | Read | Yes. You and I at 10. They come at 11 **Source Extraction:** Logical (2) | |
| 73 | Sent | **To** +12012146785 Danbauex Mark * | 4/25/2017 11:43:32 PM(UTC+0) | | | Sent | Do we have to meet before they come in? **Source Extraction:** Logical (2) | |
| 74 | Inbox | **From** +12012146785 Danbauex Mark * | 4/25/2017 11:36:03 PM(UTC+0) | | +14054720055 | Read | Right. See you at 10:00 **Source Extraction:** Logical (2) | |
| 75 | Sent | **To** +12012146785 Danbauex Mark * | 4/25/2017 11:23:03 PM(UTC+0) | | | Sent | Hi Mark, Please don't forget our meeting tomorrow at 11 am. **Source Extraction:** Logical (2) | |
| 76 | Sent | **To** +12012146785 Danbauex Mark * | 4/24/2017 11:59:43 PM(UTC+0) | | | Sent | Any time my friend. **Source Extraction:** Logical (2) | |
| 77 | Inbox | **From** +12012146785 Danbauex Mark * | 4/24/2017 11:52:28 PM(UTC+0) | | +14054720055 | Read | Thanks **Source Extraction:** Logical (2) | |
| 78 | Inbox | **From** +12012146785 Danbauex Mark * | 4/24/2017 11:52:25 PM(UTC+0) | | +14054720055 | Read | Thanks **Source Extraction:** Logical (2) | |
| 79 | Sent | **To** +12012146785 Danbauex Mark * | 4/24/2017 11:11:41 PM(UTC+0) | | | Sent | I sent you the translation. **Source Extraction:** Logical (2) | |
| 80 | Sent | **To** +12012146785 Danbauex Mark * | 4/23/2017 8:20:26 PM(UTC+0) | | | Sent | Sure no problem Ali.m.kourani@gmail.com **Source Extraction:** Logical (2) | |
| 81 | Inbox | **From** +12012146785 Danbauex Mark * | 4/23/2017 7:23:13 PM(UTC+0) | | +14054720055 | Read | I want to send a letter from me to AZ. I need your e mail address would you translate it and send it back? Thanks. **Source Extraction:** Logical (2) | |
| 82 | Inbox | **From** +12012146785 Danbauex Mark * | 4/19/2017 10:00:09 PM(UTC+0) | | +14054720055 | Read | Very good actually a great proposal **Source Extraction:** Logical (2) | |
| 83 | Sent | **To** +12012146785 Danbauex Mark * | 4/19/2017 9:59:18 PM(UTC+0) | | | Sent | Tell him to stop taking 6 hours lunch break, and not to wrap his sandwiches with my resume. Let him put my resume into somthing good. **Source Extraction:** Logical (2) | |
| 84 | Inbox | **From** +12012146785 Danbauex Mark * | 4/19/2017 9:39:33 PM(UTC+0) | | +14054720055 | Read | Joe Received your resume from you he did not want to respond to your e mail because others might have access to your e mail. **Source Extraction:** Logical (2) | |
| 85 | Sent | **To** +12012146785 Danbauex Mark * | 4/19/2017 8:59:42 PM(UTC+0) | | | Sent | Thx for introducing me today to that beautiful girl, but we have this joke that goes if a Palestinian and a lebanese get married definitely a war zone will be formed. I will go 100% white on my next marriage. **Source Extraction:** Logical (2) | |
| 86 | Inbox | **From** +12012146785 Danbauex Mark * | 4/19/2017 8:48:37 PM(UTC+0) | | +14054720055 | Read | mdenbeaux@yahoo.com **Source Extraction:** Logical (2) | |
| 87 | Sent | **To** +12012146785 Danbauex Mark * | 4/19/2017 8:47:18 PM(UTC+0) | | | Sent | K boss Please send me your email address so I can send you my resumes and you can forward it to Joe. **Source Extraction:** Logical (2) | |
| 88 | Inbox | **From** +12012146785 Danbauex Mark * | 4/19/2017 8:36:39 PM(UTC+0) | | +14054720055 | Read | Next Wednesday at 11 **Source Extraction:** Logical (2) | |
| 89 | Sent | **To** +12012146785 Danbauex Mark * | 4/19/2017 1:37:25 PM(UTC+0) | | | Sent | Im there already **Source Extraction:** Logical (2) | |
| 90 | Sent | **To** +12012146785 Danbauex Mark * | 4/19/2017 1:37:05 PM(UTC+0) | | | Sent | Np **Source Extraction:** Logical (2) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 91 | Inbox | From +12012146785 Danbauex Mark * | 4/19/2017 1:36:58 PM(UTC+0) | | +14054720055 | Read | Tell them to send you to my office **Source Extraction:** Logical (2) | |
| 92 | Inbox | From +12012146785 Danbauex Mark * | 4/19/2017 1:36:39 PM(UTC+0) | | +14054720055 | Read | Shit. I will be late. On my way **Source Extraction:** Logical (2) | |
| 93 | Sent | To +12012146785 Danbauex Mark * | 4/19/2017 1:35:09 PM(UTC+0) | | | Sent | Good morning Im here in the building **Source Extraction:** Logical (2) | |
| 94 | Inbox | From +12012146785 Danbauex Mark * | 4/18/2017 6:17:16 PM(UTC+0) | | +14054720055 | Read | Thanks **Source Extraction:** Logical (2) | |
| 95 | Sent | To +12012146785 Danbauex Mark * | 4/18/2017 6:16:00 PM(UTC+0) | | | Sent | Good afternoon Mark,<br><br>Don't forget our meeting tomorrow at 10 AM, just you and me. The meeting with our freinds will decide it tomorrow.<br>Thanks **Source Extraction:** Logical (2) | |
| 96 | Inbox | From +12012146785 Danbauex Mark * | 4/14/2017 1:51:04 PM(UTC+0) | | +14054720055 | Read | Great. **Source Extraction:** Logical (2) | |
| 97 | Sent | To 2012146785 Danbauex Mark * | 4/14/2017 1:50:48 PM(UTC+0) | | | Sent | GM Getting coffee **Source Extraction:** Logical (2) | |
| 98 | Sent | To 2012146785 Danbauex Mark * | 4/13/2017 2:16:34 PM(UTC+0) | | | Sent | Good morning Mark Give me a call when you have a chance. **Source Extraction:** Logical (2) | |
| 99 | Inbox | From +12012146785 Danbauex Mark * | 4/6/2017 3:46:52 PM(UTC+0) | | +14054720055 | Read | No problem. I liked watching their faces when you pulled the pin **Source Extraction:** Logical (2) | |
| 100 | Sent | To +12012146785 Danbauex Mark * | 4/6/2017 2:53:58 PM(UTC+0) | | | Sent | Sorry not to mention that tonyou before, but the idea came right on spot. **Source Extraction:** Logical (2) | |
| 101 | Sent | To +12012146785 Danbauex Mark * | 4/6/2017 2:22:19 PM(UTC+0) | | | Sent | Good morning,<br>The only reason I didn' t want you to be in the room with us yesterday is to have a fair game. She lost her team member so I had to lose mine. I know it was stupid of me to give the right of attorney, but I had to make a hole in the wall of their ignorance. **Source Extraction:** Logical (2) | |
| 102 | Inbox | From +12012146785 Danbauex Mark * | 4/5/2017 7:53:48 PM(UTC+0) | | +14054720055 | Read | What's up? **Source Extraction:** Logical (2) | |
| 103 | Inbox | From +12012146785 Danbauex Mark * | 4/5/2017 5:39:02 PM(UTC+0) | | +14054720055 | Read | Great me too **Source Extraction:** Logical (2) | |
| 104 | Sent | To +12012146785 Danbauex Mark * | 4/5/2017 5:38:31 PM(UTC+0) | | | Sent | Those nj trains are delayed, i will be there around 230pm **Source Extraction:** Logical (2) | |
| 105 | Sent | To +12012146785 Danbauex Mark * | 4/4/2017 7:13:06 PM(UTC+0) | | | Sent | Sure we see you then. **Source Extraction:** Logical (2) | |
| 106 | Inbox | From +12012146785 Danbauex Mark * | 4/4/2017 7:11:48 PM(UTC+0) | | +14054720055 | Read | Ok for Wednesday. Let's see how they behave tomorrow. They sounded different. See you at 2:00 **Source Extraction:** Logical (2) | |
| 107 | Inbox | From +12012146785 Danbauex Mark * | 4/4/2017 2:26:09 PM(UTC+0) | | +14054720055 | Read | Please call. I can do evenings after radiation. **Source Extraction:** Logical (2) | |
| 108 | Sent | To +12012146785 Danbauex Mark * | 4/4/2017 2:25:13 PM(UTC+0) | | | Sent | Or Wed at 230 pm **Source Extraction:** Logical (2) | |
| 109 | Sent | To +12012146785 Danbauex Mark * | 4/4/2017 2:09:41 PM(UTC+0) | | | Sent | 2:30 pm Thursday ? Can that date work for you? **Source Extraction:** Logical (2) | |
| 110 | Inbox | From +12012146785 Danbauex Mark * | 4/4/2017 2:07:08 PM(UTC+0) | | +14054720055 | Read | I can't do it today. I have classes and medical stuff. Wednesday any time after 1:00 pm? **Source Extraction:** Logical (2) | |
| 111 | Sent | To +12012146785 Danbauex Mark * | 4/4/2017 12:32:23 PM(UTC+0) | | | Sent | Good morning Mark,<br>Call our freinds in today at 2:30pm, i want to clear things out and wrap it up. Lets make this the last meeting wherever the outcome is.<br>Thanks again **Source Extraction:** Logical (2) | |
| 112 | Inbox | From +12012146785 Danbauex Mark * | 4/3/2017 11:03:02 PM(UTC+0) | | +14054720055 | Read | ETA? **Source Extraction:** Logical (2) | |
| 113 | Sent | To +12012146785 Danbauex Mark * | 4/3/2017 11:02:47 PM(UTC+0) | | | Sent | On my way **Source Extraction:** Logical (2) | |
| 114 | Inbox | From +12012146785 Danbauex Mark * | 4/3/2017 3:33:29 PM(UTC+0) | | +14054720055 | Read | Please call when convenient. **Source Extraction:** Logical (2) | |
| 115 | Sent | To +12012146785 Danbauex Mark * | 4/1/2017 5:37:27 PM(UTC+0) | | | Sent | Enjoy your weekend my freind. **Source Extraction:** Logical (2) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 116 | Sent | To<br>+12012146785<br>Danbauex Mark * | 4/1/2017<br>5:36:39<br>PM(UTC+0) | | | Sent | That news made my day better lol.<br>**Source Extraction:** Logical (2) | |
| 117 | Inbox | **From**<br>+12012146785<br>Danbauex Mark * | 4/1/2017<br>5:33:45<br>PM(UTC+0) | | +14054720055 | Read | Ha ha ha. Very good. But you don't need it. He does.<br>**Source Extraction:** Logical (2) | |
| 118 | Sent | **To**<br>+12012146785<br>Danbauex Mark * | 4/1/2017<br>5:32:57<br>PM(UTC+0) | | | Sent | Flyn is asking for immunity, if you can reach him, tell him I'm forming a club.<br>**Source Extraction:** Logical (2) | |
| 119 | Sent | **To**<br>+12012146785<br>Danbauex Mark * | 3/31/2017<br>3:05:19<br>PM(UTC+0) | | | Sent | I know we need days or months to finish this project, but as soon as I have my assurances, I won't mind to meet them in person without your presence "ofcourse if you see thats suitable".<br>**Source Extraction:** Logical (2) | |
| 120 | Sent | **To**<br>+12012146785<br>Danbauex Mark * | 3/31/2017<br>3:00:24<br>PM(UTC+0) | | | Sent | I think thats the best option. "You can not buy a fish that is not fished yet"<br>**Source Extraction:** Logical (2) | |
| 121 | Inbox | **From**<br>+12012146785<br>Danbauex Mark * | 3/31/2017<br>2:56:48<br>PM(UTC+0) | | +14054720055 | Read | I am sure the supervisor can't do Monday on this notice. I also get the juice the lemon.<br>They think that they need many days With you<br>Can't we meet with them on Monday and make the no juice the lemon point then. And depending what we negotiate either stop talking and wait for assurances or something else<br>But we should do this in person. I suggest that I call them today and tell them to come on Monday ready to meet your conditions. Is that ok.<br>**Source Extraction:** Logical (2) | |
| 122 | Sent | **To**<br>+12012146785<br>Danbauex Mark * | 3/31/2017<br>2:46:29<br>PM(UTC+0) | | | Sent | Good morning Mark,<br>I hope this message find you well.<br>Can you please pass the following to our freinds:<br>1. I want to meet their supervisor, or someone that can make decision on spot on Monday.<br>2. I understand their urges to to finish this job Asap, but they have to understand my urges as well. Time is on no one's side.<br>3. I want an official tittle for protection. The "witness" thing you mentioned to me before is way too much and limits my freedom and raise so many questions.<br>4. I dont want them to juice the lemon and throw it away. I prefer all agreements to be documented and signed by both parties.<br>Please help in making this happen.<br>All your efforts are appericiated.<br>**Source Extraction:** Logical (2) | |
| 123 | Inbox | **From**<br>+12012146785<br>Danbauex Mark * | 3/30/2017<br>6:42:14<br>PM(UTC+0) | | +14054720055 | Read | Thanks<br>**Source Extraction:** Logical (2) | |
| 124 | Sent | **To**<br>+12012146785<br>Danbauex Mark * | 3/30/2017<br>6:41:51<br>PM(UTC+0) | | | Sent | Good you still see me as a friend. I do have you on my praying list, you and your family.<br>**Source Extraction:** Logical (2) | |
| 125 | Inbox | **From**<br>+12012146785<br>Danbauex Mark * | 3/30/2017<br>6:40:14<br>PM(UTC+0) | | +14054720055 | Read | Friends help friends.<br>**Source Extraction:** Logical (2) | |
| 126 | Sent | **To**<br>+12012146785<br>Danbauex Mark * | 3/30/2017<br>6:39:43<br>PM(UTC+0) | | | Sent | Sure I really appreciate what you doing. I dont know how to thank you.<br>**Source Extraction:** Logical (2) | |
| 127 | Inbox | **From**<br>+12012146785<br>Danbauex Mark * | 3/30/2017<br>6:31:02<br>PM(UTC+0) | | +14054720055 | Read | They understand. I arranged for them to meet us Monday night and as needed the other evenings next week to finish this up<br>They understand about your need to work. And they have authorization to help us from higher ups.<br>See you Monday. They will drive you back. I would like to meet on Tuesday also. I want to get this over with for you and me.<br>**Source Extraction:** Logical (2) | |
| 128 | Sent | **To**<br>+12012146785<br>Danbauex Mark * | 3/30/2017<br>6:26:43<br>PM(UTC+0) | | | Sent | Work<br>**Source Extraction:** Logical (2) | |
| 129 | Inbox | **From**<br>+12012146785<br>Danbauex Mark * | 3/30/2017<br>4:22:03<br>PM(UTC+0) | | +14054720055 | Read | Where are you?<br>**Source Extraction:** Logical (2) | |
| 130 | Sent | **To**<br>+12012146785<br>Danbauex Mark * | 3/24/2017<br>3:41:47<br>PM(UTC+0) | | | Sent | K thanks.<br>**Source Extraction:** Logical (2) | |
| 131 | Inbox | **From**<br>+12012146785<br>Danbauex Mark * | 3/24/2017<br>2:57:39<br>PM(UTC+0) | | +14054720055 | Read | Don't worry. Only if you need to talk.<br>**Source Extraction:** Logical (2) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 132 | Sent | To +12012146785 Danbauex Mark * | 3/24/2017 2:55:58 PM(UTC+0) | | | Sent | I can not keep skipping on this job especialy its a temporarily. We can meet half an hour before you meet with them. **Source Extraction:** Logical (2) | |
| 133 | Inbox | From +12012146785 Danbauex Mark * | 3/24/2017 2:49:20 PM(UTC+0) | | +14054720055 | Read | Do you need to talk next week. Alone? Glad to do so. About anything **Source Extraction:** Logical (2) | |
| 134 | Sent | To +12012146785 Danbauex Mark * | 3/24/2017 1:04:50 PM(UTC+0) | | | Sent | So far fine. Growing anxiety for my safety! Thx for checking **Source Extraction:** Logical (2) | |
| 135 | Inbox | From +12012146785 Danbauex Mark * | 3/24/2017 1:00:33 PM(UTC+0) | | +14054720055 | Read | You ok? **Source Extraction:** Logical (2) | |
| 136 | Sent | To +12012146785 Danbauex Mark * | 3/23/2017 4:04:20 PM(UTC+0) | | | Sent | 1215 **Source Extraction:** Logical (2) | |
| 137 | Inbox | From +12012146785 Danbauex Mark * | 3/23/2017 4:01:49 PM(UTC+0) | | +14054720055 | Read | What is the eta? **Source Extraction:** Logical (2) | |
| 138 | Sent | To +12012146785 Danbauex Mark * | 3/23/2017 3:59:53 PM(UTC+0) | | | Sent | On my way **Source Extraction:** Logical (2) | |
| 139 | Sent | To +12012146785 Danbauex Mark * | 3/21/2017 4:16:57 PM(UTC+0) | | | Sent | Sure, I just needed an update. **Source Extraction:** Logical (2) | |
| 140 | Inbox | From +12012146785 Danbauex Mark * | 3/21/2017 4:16:19 PM(UTC+0) | | +14054720055 | Read | Can I call you later? **Source Extraction:** Logical (2) | |
| 141 | Sent | To +12012146785 Danbauex Mark * | 3/20/2017 2:59:13 PM(UTC+0) | | | Sent | Good morning, can we have our meeting tomorrow after 5pm? **Source Extraction:** Logical (2) | |
| 142 | Sent | To +12012146785 Danbauex Mark * | 3/14/2017 12:42:42 AM(UTC+0) | | | Sent | Ok be safe **Source Extraction:** Logical (2) | |
| 143 | Inbox | From +12012146785 Danbauex Mark * | 3/14/2017 12:40:11 AM(UTC+0) | | +14054720055 | Read | No meeting tomorrow. Call me sometime tomorrow 2012146785 **Source Extraction:** Logical (2) | |
| 144 | Sent | To +12012146785 Danbauex Mark * | 3/13/2017 5:38:54 PM(UTC+0) | | | Sent | Hi Mark, As you know there is a snow blizzard tonight, I could still make it to our appointment tomorrow at 9 a.m if public transportation was running. **Source Extraction:** Logical (2) | |
| 145 | Sent | To +12012146785 Danbauex Mark * | 3/9/2017 4:45:30 PM(UTC+0) | | | Sent | K **Source Extraction:** Logical (2) | |
| 146 | Inbox | From +12012146785 Danbauex Mark * | 3/9/2017 4:45:15 PM(UTC+0) | | +14054720055 | Read | We may need more time still so stick around. **Source Extraction:** Logical (2) | |
| 147 | Sent | To +12012146785 Danbauex Mark * | 3/9/2017 4:44:08 PM(UTC+0) | | | Sent | Ok I make it 9 am I'm not going to take too long. Just more like a breifing of everything. **Source Extraction:** Logical (2) | |
| 148 | Inbox | From +12012146785 Danbauex Mark * | 3/9/2017 4:42:20 PM(UTC+0) | | +14054720055 | Read | I have a class 11:30 -1:30 and another from 4-6. So if. It enough time in am we will have to continue after 1:30. But we have to meet **Source Extraction:** Logical (2) | |
| 149 | Sent | To +12012146785 Danbauex Mark * | 3/9/2017 3:48:07 PM(UTC+0) | | | Sent | 930 am if you dont mind **Source Extraction:** Logical (2) | |
| 150 | Inbox | From +12012146785 Danbauex Mark * | 3/9/2017 3:47:31 PM(UTC+0) | | +14054720055 | Read | For sure. When. Tuesday 9am? **Source Extraction:** Logical (2) | |
| 151 | Sent | To +12012146785 Danbauex Mark * | 3/9/2017 3:46:08 PM(UTC+0) | | | Sent | Good morning I want to sit with you one more time before the meeting. **Source Extraction:** Logical (2) | |
| 152 | Inbox | From +12012146785 Danbauex Mark * | 3/7/2017 7:09:35 PM(UTC+0) | | +14054720055 | Read | 16th. **Source Extraction:** Logical (2) | |
| 153 | Sent | To +12012146785 Danbauex Mark * | 3/7/2017 6:42:02 PM(UTC+0) | | | Sent | Im a bit confused about the meeting, can you give it by the date? **Source Extraction:** Logical (2) | |
| 154 | Sent | To +12012146785 Danbauex Mark * | 3/7/2017 3:13:17 PM(UTC+0) | | | Sent | K. **Source Extraction:** Logical (2) | |
| 155 | Sent | To +12012146785 Danbauex Mark * | 3/7/2017 3:13:14 PM(UTC+0) | | | Sent | L **Source Extraction:** Logical (2) | |
| 156 | Inbox | From +12012146785 Danbauex Mark * | 3/7/2017 3:12:10 PM(UTC+0) | | +14054720055 | Read | Black **Source Extraction:** Logical (2) | |
| 157 | Sent | To +12012146785 Danbauex Mark * | 3/7/2017 3:08:51 PM(UTC+0) | | | Sent | Good morning How do you like your coffee? **Source Extraction:** Logical (2) | |
| 158 | Sent | To +12012146785 Danbauex Mark * | 3/6/2017 10:38:38 PM(UTC+0) | | | Sent | Sure no problem I will see you then. **Source Extraction:** Logical (2) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 159 | Inbox | From +12012146785 Danbauex Mark * | 3/6/2017 10:37:13 PM(UTC+0) | | +14054720055 | Read | Oops [illegible] please **Source Extraction:** Logical (2) | |
| 160 | Sent | To +12012146785 Danbauex Mark * | 3/6/2017 10:36:38 PM(UTC+0) | | | Sent | Hi Mr. Mark Just to confirm our meeting tomorrow at 10 am **Source Extraction:** Logical (2) | |
| 161 | Sent | To +12012146785 Danbauex Mark * | 3/5/2017 1:10:22 AM(UTC+0) | | | Sent | I will text again on monday to remind you. Thanks **Source Extraction:** Logical (2) | |
| 162 | Sent | To +12012146785 Danbauex Mark * | 3/5/2017 1:07:14 AM(UTC+0) | | | Sent | Perfect I will see you then **Source Extraction:** Logical (2) | |
| 163 | Inbox | From +12012146785 Danbauex Mark * | 3/5/2017 1:06:44 AM(UTC+0) | | +14054720055 | Read | 10:00 am? **Source Extraction:** Logical (2) | |
| 164 | Sent | To +12012146785 Danbauex Mark * | 3/5/2017 1:06:18 AM(UTC+0) | | | Sent | Tuesday is fine. Preferably in the morning **Source Extraction:** Logical (2) | |
| 165 | Inbox | From +12012146785 Danbauex Mark * | 3/5/2017 12:58:26 AM(UTC+0) | | +14054720055 | Read | Ok. We can meet at the law school a Week from Thursday starting at noon. But we must have a long talk this week. What about Tuesday? **Source Extraction:** Logical (2) | |
| 166 | Sent | To +12012146785 Danbauex Mark * | 3/1/2017 9:13:43 PM(UTC+0) | | | Sent | K Thanks **Source Extraction:** Logical (2) | |
| 167 | Inbox | From +12012146785 Danbauex Mark * | 3/1/2017 9:12:52 PM(UTC+0) | | +14054720055 | Read | I am awaiting a phone calls. **Source Extraction:** Logical (2) | |
| 168 | Sent | To 2012146785 Danbauex Mark * | 3/1/2017 9:12:12 PM(UTC+0) | | | Sent | Hello, How are you? Any updates? **Source Extraction:** Logical (2) | |
| 169 | Inbox | From +12012146785 Danbauex Mark * | 2/27/2017 7:37:28 PM(UTC+0) | | +14054720055 | Read | See you then **Source Extraction:** Logical (2) | |
| 170 | Sent | To 2012146785 Danbauex Mark * | 2/27/2017 7:30:58 PM(UTC+0) | | | Sent | Hi Mr. Mark, I hope you doing well. Just to remind you, I will be in your office tomorrow at 2 PM **Source Extraction:** Logical (2) | |
| 171 | Sent | To +13138282222 Sarsour Hani * | 12/3/2016 12:58:40 AM(UTC+0) | | | Sent | Order all of in the pic I need zte max, nothing left in my market **Source Extraction:** Logical (2) | |
| 172 | Sent | To +16466434560 Ajaj Mohmad * | 11/12/2016 9:38:58 PM(UTC+0) | | | Sent | 6 phones as a market **Source Extraction:** Logical (2) | |
| 173 | Sent | To +13133586111 Sarsour Ameen * | 11/6/2016 9:12:34 PM(UTC+0) | | | Sent | Plz for next time, if the market needs anything you either authorize me.to take from the store or have fund available for those expenses. Im.not using my personnel money any more. **Source Extraction:** Logical (2) | |
| 174 | Inbox | From +19203040331 April * | 11/2/2016 2:06:57 AM(UTC+0) | | +14044550040 | Read | True and with the eh right marketing who knows **Source Extraction:** Logical (2) | |
| 175 | Inbox | From +19203722907 | 10/28/2016 11:12:48 PM(UTC+0) | | +14054720055 | Read | OK awesome I wasn't sure if it was a marketing call or not because I didn't recognize the area code lol. I appreciate you getting back to me and yes I can definitely come to one of the Appleton stores if you would like me to. What days and times are the most convenient for you? **Source Extraction:** Logical (2) | |
| 176 | Sent | To +19209445183 | 10/22/2016 3:06:22 AM(UTC+0) | | | Sent | No I totally do I understand your situation, but we also as company launching fresh in GB market, so we can risk it all. I will keep your info saved, hopefully I will reach back to u. T.c. **Source Extraction:** Logical (2) | |
| 177 | Inbox | From +19209445183 | 10/22/2016 12:51:07 AM(UTC+0) | | +14054720055 | Read | (2/3) ow the business . With all of my experience, business contacts, marketing experience, and sales background I would truly be the best fit. I also do have t **Source Extraction:** Logical (2) | |
| 178 | Inbox | From +19209445183 | 10/22/2016 12:51:05 AM(UTC+0) | | +14054720055 | Read | (1/3) I couldn't live on 13 an hour either. I will have to decline. If they decide to hire a market manager and pay me a fair salary I would love to help you gr **Source Extraction:** Logical (2) | |
| 179 | Inbox | From +12624425887 M Scott Metropcs A.* | 10/13/2016 4:34:53 PM(UTC+0) | | +14054720055 | Read | We are in market and just popping in your stores to see how the install went. Do you know he lockbox code? **Source Extraction:** Logical (2) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 180 | Inbox | From: +13133586111 Sarsour Ameen * | [illegible] 6:38:40 PM(UTC+0) | | +120[illegible]55 | Read | Inside the flea market<br>**Source Extraction:** Logical (2) | |