UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-27-19
```

UNITED STATES OF AMERICA,

v.

ALI KOURANI,
    a/k/a "Ali Mohamad Kourani,"
    a/k/a "Jacob Lewis,"
    a/k/a "Daniel,"

*Defendant.*

DENATURALIZATION ORDER

17 Cr. 417 (AKH)

WHEREAS, on May 16, 2019, Ali Kourani (the "Defendant") was convicted at trial of the charges in Indictment 17 Cr. 417, including Count Eight, which charged that in or about 2009, the Defendant procured, contrary to law, his naturalization to facilitate an act of international terrorism, in violation of Title 18, United States Code, Section 1425(a);

WHEREAS, Title 8, United States Code, Section 1451(e) mandates that the Court revoke, set aside, and declare void any final order admitting the Defendant to citizenship, and declare canceled the Defendant's certificate of naturalization;

IT IS HEREBY ORDERED that the Defendant's naturalization and citizenship, as well as the Defendant's Certificate of Naturalization, No. 31752116, issued April 15, 2009 (the "Certificate"), is revoked, cancelled, set aside, and made void;

IT IS FURTHER ORDERED that the Defendant is forever restrained and enjoined from claiming any rights, privileges, or benefits that were obtained or could be obtained through the presentation of the Certificate or any copies of it;

IT IS FURTHER ORDERED, pursuant to Title 8, United States Code, Section 1451(f), that the Defendant surrender and deliver the Certificate and any copies of the Certificate in his possession (and to make a good faith effort to recover and then surrender, forfeit, and deliver any

copies of the same that he knows are in the possession of others) to the Attorney General or the U.S. Department of Homeland Security within 30 days of this Order;

IT IS FURTHER ORDERED that the Defendant surrender and deliver any other indicia of United States citizenship whether the original or copies (and to make a good faith effort to recover and then surrender, forfeit, and deliver any copies of the same that he knows are in the possession of others), including, but not limited to his United States passport, voter registration card, and any other voting documents to the Attorney General or the U.S. Department of Homeland Security within 30 days of this Order.

Dated: New York, New York
~~December __, 2019~~
Nov. 27, 2019

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE