**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

FILED
U.S. DISTRICT COURT
2019 DEC 12 A  3.
S.D. OF N.Y.

Caption:
**USA**
v.
**Ali Kourani**

Docket No.: 2017cr00417
Alvin Hellerstein
(District Court Judge)

Notice is hereby given that **Ali Kourani** appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ___ _____ (specify)
entered in this action on **12/2/2019**
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]
Defendant found guilty by plea [ ]   | trial [✓] | N/A [ ]
Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]
Date of sentence: **12/2/2019**   N/A [ ]
Bail/Jail Disposition: Committed [ ]   Not committed [ ]   N/A [✓]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

Defendant's Counsel: **Alexei Schacht**
Counsel's Address: **123 West 94th Street**
**New York, New York 10025**
Counsel's Phone: **(646)729-8180**

Assistant U.S. Attorney: **Amanda Houle**
AUSA's Address: **United States Attorneys Office, SDNY**
**One Saint Andrew's Plaza New York, NY 10007**
AUSA's Phone: **(212)637-2194**

RECEIVED
DEC 12 2019
BY:

U.S. Department of Justice
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

Signature