```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____         │
│ DATE FILED: 1/29/2020       │
└─────────────────────────────┘
```

**ALEXEI SCHACHT**

*Attorney At Law*
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

*So ordered.*

*[signature] 1-29-20*

January 10, 2020

Via ECF

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Ali Kourani, 17 Cr. 417 (AKH)

Dear Judge Hellerstein:

  I write seeking "poor person" (*in forma pauperis*) relief for my client. After filing the Notice of Appeal in the case I moved in the Court of Appeals to be relieved so that the Court there might appoint under the Criminal Justice Act (CJA) a lawyer to perfect the appeal. However the Court ordered me to first seek poor person relief in the District Court so that the Notice of Appeal filing fee would be waived.

  The defendant has no funds with which to pay for an appeal. Indeed, I was not paid the trial fee for my work in the case. As such, I ask your Honor to so order this letter granting the defendant poor person relief based upon the attached CJA Form 23. Thank you.

       Very truly yours,

       */s/ Alexei Schacht*


       Alexei Schacht

cc: The United States Attorney's Office