I5i5kouC                          conference

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,               New York, N.Y.

4              v.                            17 Cr. 417 (AKH)

5    ALI KOURANI,

6              Defendant.

7    ------------------------------x

8                                           May 18, 2018
                                            11:17 a.m.
9

10   Before:

11              HON. ALVIN K. HELLERSTEIN,

12                                      District Judge

13

14                          APPEARANCES

15   GEOFFREY S. BERMAN
          United States Attorney for the
16        Southern District of New York
     BY:  EMIL J. BOVE, III
17        AMANDA L. HOULE
          Assistant United States Attorneys
18
     ALEXEI SCHACHT
19        Attorney for Defendant

20

21

22

23

24

25

1          (Case called)

2          THE COURT:  I understand that the parties have worked

3   out a schedule for filing opposing motions.  Basically the

4   government believes it has information that qualifies under

5   CISA.  What does the acronym stand for?

6          MS. HOULE:  Classified Information Protection Act,

7   your Honor.

8          THE COURT:  And the procedure that is involved with

9   that is a motion filed *ex parte* and *in camera*.  The Court holds

10  a proceeding and makes a decision with as much on the public

11  record as can be put on the public record and the decision may

12  be to cause a document to be summarized or to be produced or

13  not to be produced at all depending on the opportunities and

14  impressions of the government.

15          Do I have that right?

16          MS. HOULE:  Yes, your Honor.

17          THE COURT:  The motion under Sections 4 and 5 of CIPA

18  will be filed September 17, 2018; opposition to Section 5 by

19  November 5, 2018.  There is a possibility that the defense will

20  also have material qualified under CIPA.  Does it plan to make

21  a motion in that regard?

22          MR. SCHACHT:  Your Honor, I told the government I am

23  going to try and make an appointment and see the evidence that

24  have I'm permitted to see next week and at that time I will

25  decide whether or not I'm going to be filing motions and I will

I5i5kouC

1    advise.

2            THE COURT:  Right, to conform to the schedule.

3            MR. SCHACHT:  Absolutely.  But I was going to add that

4    should I not file motions I will alert everyone in writing.

5            THE COURT:  Thank you.

6            So, opposition to Section 5 on November 5, 2018, and

7    defendant consents to *ex parte* hearings in chambers and the

8    documents will be filed under seal and I will endeavor to make

9    as much of a public record as is possible.

10           Okay?  Is that all right?

11           MS. HOULE:  Yes, your Honor.  One moment, please?

12           (Counsel conferring)

13           MS. HOULE:  Your Honor, the government would request a

14   control date to come back at some time in December and we would

15   seek to exclude through that date.

16           THE COURT:  December?

17           MS. HOULE:  Yes, your Honor.

18           THE COURT:  Friday, December 7, at 11:00.

19           MR. SCHACHT:  That's fine with me.  Thank you.

20           MS. HOULE:  Thank you, your Honor.

21           The government moves to exclude time through December

22   7th to permit defense to contemplate any motion under

23   Section 5, for the Court to review any Section 5 motion filed

24   by the government, and for the parties to engage in any

25   discussion regarding pretrial resolution of this matter.

I5i5kouC

1          THE COURT:  Without objection.  So ordered.

2          MR. SCHACHT:  No objection.  Thank you.

3          THE COURT:  I didn't introduce anyone here on the

4   record.

5          Amanda Houle and Emil Bove for the government, and

6   Alexi Schacht for the defendant Mr. Kourani.

7          Thank you gentlemen and lady.

8                            o0o

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25