RECEIVED OCT 14 2020 — CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

Motion denied. The restrictions, on motion of the gov't, were ordered by the court.

10-14-20

11/2/2020

Honorable Judge Hellerstein,

17 CR 417 (AKH)

Before my trial, my trial attorney Mr. Alexei Schact presented the 3500 materials to me with redactions. My private and paid attorney at that time, Mr. Schact intentionally gave me the wrong advice that I'm not allowed to have the redacted material unredacted. Mr. Schact also stated to me that some of those material are redacted because that's how the government found it in the original state, he wrongly stated that to me. Mr. Schact never even suggested that he can ask the prosecutor for the unredacted version of 3500 material discovery.

In the mean time I have no access to the full 3500 material.

Currently, as to the date of this letter I have no attourney to properly and honestly present me.

11/2/20

Judge Hellerstein wrote:

"Motion denied. The restrictions, on motion of the gov't, were ordered by the court.

10-14-20

Alvin K. Hellerstein"

Ali Kourani (79196-054)
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

NEW YORK NY 100
5 OCT 2020 PM 7 L
10007-131699

Judge Alvin K. Hellerstein
500 Pearl St.
New York, NY 10007