*Motion to appoint...
Denied, without prejudice to a
re-application after defendant files
whatever action or motion he believes
will address his grievances.*

10-26-2020

11/1/20

Case No. 17 Cr. 417 (AKH)

Honorable Judge Hellerstein,

As I write this letter, I don't have an attorney
to represent me at the district court. I kindly
ask the court to appoint me an attorney for the
following issues:

1. I have legal issues that need to be addressed
and then resolved in the district court. Some of
those legal issues are with my previous attorneys,
specifically Mr. Schacht, and were never addressed
to the district court prior this letter. Mr. Alexei
Schach was a paid attorney and I fired him.

2. I have legal questions that I need answers
for.

3. My rights as an inmate have been violated
and I need an attorney to represent me for those
violations.

I also would like to inform the court that
I tried to reach out to Mrs. Sabrina Schroff
from the public defender office, before I wrote
this letter, seeking her assistance on some of
the issues mentioned above. After delays in
responding, Mrs. Sabrina wrote back to me on

how busy she is with the massive ammount of cases she handles. In addition the legal issues and questions I have are time sensitive. I also strongly feel if the court appointed Mrs. Sabrina, there will be a conflict of interest between her and my previous attorneys, especially Mr. Schacht.

I respectfully ask the court to appoint me an attorney that I can comfortably address my legal problems and questions to and have, at least, the security clearance to look into my case with a fair and non-judgmental mind.

10-26-2020

Ali Kourani (79196-054)
MCC
150 Park Row
New York, NY 10007

NEW YORK NY 100
27 OCT 2020 PM 14 L

Energy Awareness Month
FOREVER / USA

Judge Alvin K. Hellerstein
500 Pearl St.
New York, NY 10007

10007-131699