UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                      :

UNITED STATES OF AMERICA,          :

                                        :    **ORDER REGULATING**

                                        :    **PROCEEDINGS**

        v.                              :

                                        :    17 Cr. 417 (AKH)

ALI KOURANI,                   :

                                        :

                    Defendant.      :

                                        :

                                        :

                                        :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 24, 2021 Defendant Ali Kourani filed a motion for return of seized property pursuant to Fed. R. Crim. P. 41(g).  ECF No. 162. I order the following:

1.  The government shall file any opposition, including details as to the status of each item of seized property, by November 24, 2021.

2.  The Defendant shall file any reply by December 15, 2021.

        SO ORDERED.

Dated:       November 3, 2021                     /s/ Alvin K. Hellerstein
              New York, New York            ALVIN K. HELLERSTEIN
                                          United States District Judge