UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                 :

UNITED STATES OF AMERICA,         :

                                 :      **<u>ORDER</u>**

                                 :

         v.                       :      17 Cr. 417 (AKH)

                                 :

ALI KOURANI,                     :

                                 :

                    Defendant.      :

                                 :

                                 :

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

         On April 6, 2022 Chambers received from Defendant a letter dated March 28, 2022 requesting copies of certain orders. Specifically, Defendant sought copies of the order denying his motion for return of property (ECF No. 158) and the order denying his motion to amend the protective order (ECF No. 165).

         Although my decisions resolving those motions were issued previously, this order is the first official notice Defendant has received of my decisions on his motions.

         The Clerk shall mail to Defendant a copy of this order, my orders at ECF Nos. 166 and 168, and a copy of the docket from September 1, 2021 to March 1, 2022.

         SO ORDERED.

Dated:      April 7, 2022                           /s/ Alvin K. Hellerstein
              New York, New York               ALVIN K. HELLERSTEIN
                                                     United States District Judge