UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                          :

UNITED STATES OF AMERICA,           :

                                          :       **ORDER REGULATING**

                                          :       **PROCEEDINGS**

           v.                             :

                                          :       17 Cr. 417 (AKH)

ALI KOURANI,                       :

                       Defendant.     :

                                          :

                                          :

--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

              On June 23, 2022 Defendant Ali Kourani filed a motion to produce Jenks Act material.  ECF No. 173.  I hereby order the Government to file a response by July 28, 2022.  Defendant Kourani will then have until August 19, 2022 to file any reply.  The Clerk shall mail a copy of this order to Defendant.

              SO ORDERED.

Dated:       June 28, 2022                                  /s/ Alvin K. Hellerstein    
                 New York, New York                        ALVIN K. HELLERSTEIN
                                                   United States District Judge