UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
         :
UNITED STATES OF AMERICA,         :
         :      **ORDER**
         :
v.         :      17 Cr. 417 (AKH)
         :
ALI KOURANI,         :
         :
         Defendant.         :
         :
         :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 16, 2019, a jury convicted Defendant Ali Kourani of providing material support to a terrorist organization, along with six other charges related to his provision of support to Hizballah.  The Second Circuit affirmed his conviction and sentence on July 27, 2021.  *See United States v. Kourani*, 6 F.4th 345 (2d Cir. 2021).  Via a motion styled as a request for Jencks Act material, Defendant now seeks to obtain transcripts of the testimony of eleven FBI agents before the grand jury that indicted him.  However, the Government represents that the individuals identified in Defendant's motion never testified before the grand jury and accordingly no such transcripts exist.  *See* Gov. Ltr., ECF No. 176, at 1.  Additionally, the Government represents that it produced all Jencks Act material in advance of trial.  *Id.*

        Because the materials Defendant seeks do not exist, the motion is denied as moot.  The Clerk shall terminate ECF No. 173.

        SO ORDERED.

Dated:    August 18, 2022                                /s/ Alvin K. Hellerstein
            New York, New York                   ALVIN K. HELLERSTEIN
                                                            United States District Judge