UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  :
UNITED STATES OF AMERICA,  :
  :  **ORDER DENYING RULE 5(F)**
  :  **MOTION**
     v.  :
  :  17 Cr. 417 (AKH)
ALI KOURANI,  :
  :
           Defendant.  :
  :
  :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On July 18, 2022, Defendant Ali Kourani filed a letter claiming the Government failed to disclose certain material covered under *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Giglio*, 405 U.S. 150 (1972), and their progeny.  *See* ECF No. 175.

        Other than referencing what is now Federal Rule of Criminal Procedure Rule 5(f)—which had not been adopted at the time of Defendant's trial and sentencing—and outlining five broad categories of information, Defendant does not explain why the information he seeks is in fact covered under *Brady* or *Giglio*.  In any case, the proper vehicle for Defendant to raise any alleged *Brady* or *Giglio* violations is a habeas motion filed pursuant to 28 U.S.C. § 2255. Defendant has stated he intends to file such a motion, *see* ECF No. 165, and I will address any *Brady* or *Giglio* violation if raised in such a motion.

        Accordingly, Defendant's motion is dismissed.  The Clerk shall terminate ECF No. 175 and mail a copy of this order to Defendant.

        SO ORDERED.

Dated:    August 31, 2022                                     /s/ Alvin K. Hellerstein
            New York, New York                  ALVIN K. HELLERSTEIN
                                                                 United States District Judge