UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                        :
:      **ORDER**
:
v.                                                                  :      17 Cr. 417 (AKH)
:
ALI KOURANI,                                                :
:
                                         Defendant.      :
:
:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Ali Kourani's motion to show the Court plain error, ECF No. 182, and motion for immediate disclosure of favorable evidence, ECF No. 183, are denied. A motion for disclosure is made in a pending case, and the case is no longer pending. An order noting the Government's representation that it produced all Jencks Act material in advance of trial was issued on August 18, 2022, ECF No. 77, and there is no reason to believe that the Government did not produce said material. Any motions relating to the evidentiary basis of this case, or the jury instructions issued at trial were, or could have been, raised on appeal, ECF No. 163.

        The Clerk is instructed to terminate ECF Nos. 182 and 183.

        SO ORDERED.

Dated:    March 7, 2023
              New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                United States District Judge