UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                               :
ALI KOURANI,                                                   :
                                                               :     **ORDER DENYING MOTION**
                                    Petitioner,                :
                                                               :     17 Cr. 417 (AKH)
              -against-                                        :     23 Civ. 2265 (AKH)
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
                                    Respondent.                :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order

would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose

of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

        The Clerk shall terminate ECF No. 13 in 23 Civ. 2265.


        SO ORDERED.

Dated:        October 25, 2023
              New York, New York                      _____
                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge

1