UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
ALI KOURANI,                                                   :
                                                               :   **ORDER DENYING MOTION**
                                           Petitioner,         :
                                                               :   17 Cr. 417 (AKH)
            -against-                                          :   23 Civ. 2265 (AKH)
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
                                           Respondent.         :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Ali Kourani wrote to the Clerk of Court on November 8, 2023 to resurrect his order to show cause, dated October 2, 2023, which he attached.

        Kourani seeks review of his conviction pursuant to his December 18, 2019 judgment. His previous effort, filed on March 15, 2023, and this succeeding effort, are barred under AEDPA's one-year statute of limitations. 28 U.S.C. 2255(f). The judgment became final on January 12, 2022. Accordingly, Defendant's renewed effort is denied.

        The Clerk shall terminate the open motion at ECF No. 15 in 23 Civ. 2265. Kourani has failed to make a substantial showing of the denial of a constitutional right; thus, a certificate of appealability is denied. 28 U.S.C. 2253(c)(2). A copy of this order shall be mailed to Kourani.

    SO ORDERED.

Dated:    December 14, 2023
             New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1