UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                         :

ALI KOURANI,                       :

                         :     **ORDER DENYING**

                  Petitioner,     :     **DEFENDANT'S MOTION TO**

                         :     **DENY ENLARGEMENT**

     -against-                 :

                         :     17 Cr. 417 (AKH)

UNITED STATES OF AMERICA       :     23 Civ. 2265 (AKH)

                         :

                   Respondent.    :

                         :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

         In light of the enlargement granted to the government at ECF No. 210 in 17 Cr.

417, Defendant's motion at ECF No. 212 is denied as moot.  The Clerk shall terminate ECF No.

212 in 17 Cr. 417 and ECF No. 23 in 23 Civ. 2265 A copy of this order shall be mailed to

Defendant.

       SO ORDERED.

Dated:        August 15, 2024
             New York, New York

                                    ALVIN K. HELLERSTEIN
                                  United States District Judge