

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 11, 2024

**By ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

SO ORDERED.
9.12.24 /s/ Alvin K. Hellerstein

Re:   *United States v. Ali Kourani*, 17 Cr. 417 (AKH)

Dear Judge Hellerstein:

    On July 30, 2024, the Court extended the Government's deadline by which to respond to the defendant's motion pursuant to Title 28, United States Code, Section 2255 to September 13, 2024. (Dkt. 210). The Government writes to respectfully request that the Court grant an additional extension of sixty days, until November 12, 2024, for the Government to respond to the defendant's motion. This is the Government's second request for an extension.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Georgia V. Kostopoulos
Assistant United States Attorney
(212) 637-2212

Cc (via U.S. Mail):   Ali Kourani
FCI Marion
Federal Correctional Institution
P.O. Box 1000
Marion, IL 62959