UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ALI KOURANI,

                          Petitioner,

    -against-

UNITED STATES OF AMERICA,

                          Respondent.
-------------------------------------------------------------- X

**ORDER DENYING MOTION FOR RECONSIDERATION**

23 Civ. 2265 (AKH)
17 Cr. 417 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant previously filed a Motion to Deny Enlargement, ECF No. 23 in 23 Civ. 2265 and ECF No. 212 in 17 Cr. 417, asking the Court to deny the Government's request for an enlargement of time, ECF No. 209 in 17 Cr. 417. I denied Defendant's motion in an August 15, 2024 Order, holding that it was moot in light of my grant of an enlargement to the Government, ECF No. 24 in 23 Civ. 2265 and ECF No. 213 in 17 Cr. 417. Defendant now moves for reconsideration of my August 15, 2024 Order. That motion is denied. The Government's underlying request for an enlargement of time was reasonable and it was within my discretion to grant it. Defendant's motion lacks merit.

      The Clerk shall terminate the motion, ECF No. 25 in 23 Civ. 2265. A copy of this Order shall be mailed to Defendant.

      SO ORDERED.

Dated:    November 13, 2024
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge